STEVEN W. MYHRE
Acting United States Attorney
PAMELA A. MARTIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Pam.Martin@usdoj.gov
Counsel for Plaintiff United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AGUSTIN VAZQUEZ-CASTREJON,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>Case No.: 2:17-cr-280<br><br>VIOLATIONS:<br>Count One:<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846 – Conspiracy to Manufacture More Than 100 Marijuana Plants<br><br>Count Two:<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to Manufacture More Than 100 Marijuana Plants<br><br>Count Three:<br>8 U.S.C. §1326-Illegal Reentry |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Conspiracy to Manufacture Marijuana)

Beginning on or about a time unknown, and continuing up to an including July 31, 2017, in the State and Federal District of Nevada,

**AGUSTIN VASQUEZ-CASTREJON,**

1  defendant herein, did knowingly and intentionally combine, conspire, confederate
2  and agree with individuals known and unknown to the Grand Jury to manufacture
3  more than 100 marijuana plants, a Schedule I controlled substance, in violation of
4  Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846.

## COUNT TWO
(Manufacture of a Controlled Substance)

On or about July 31, 2017, in the State and Federal District of Nevada,

**AGUSTIN VASQUEZ-CASTREJON,**

defendant herein, did knowingly and intentionally manufacture more than 100 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE
(Deported Alien Found Unlawfully in the United States)

On or about August 1, 2017, in the State and Federal District of Nevada, and elsewhere,

**AGUSTIN VASQUEZ-CASTREJON,**

defendant herein, an alien, who had been deported and removed from the United States on or about : February 15, 2013, February 2, 2014, May 20, 2014, April 23, 2015, and February 7, 2016, was found in the United States, having reentered and remained in this country without the express consent of the Attorney General of the United States or the Secretary for Homeland Security, to this defendant to reapply

for admission into the United States, in violation of Title 8, United States Code, Section 1326.

**DATED:** this 23rd day of August, 2017.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

*[signature: Pamela A. Martin]*

PAMELA A. MARTIN
Assistant United States Attorney